**Order entered February 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01327-CV

### MACARIO FLORES, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05190-C**

## ORDER

By letter dated December 19, 2013, we referred the attached affidavit of indigence filed by appellant Macario Flores to the trial court because it did not appear the affidavit had been filed there. *See* TEX. R. APP. P. 20.1(h)(4). We explained that under rule 20.1(e), the clerk, reporter, or any party could challenge the indigency claim by filing a contest with the trial court clerk; set a deadline for filing any contests and for holding a hearing on the contests; and directed Dallas County Clerk John F. Warren to file, no later than January 13, 2014, either a supplemental clerk's record containing any contests and the order on the contests or written verification no contest had been filed. *See id.* 20.1(e),(i).

On January 23, 2014, when neither the record nor the requested verification had been filed, we sent a letter to Mr. Warren again directing him to file the supplemental

record or requested verification. He responded that no contest was filed because appellant had not filed an affidavit of indigency.

Because it appears the trial court did not receive our December 19, 2013 letter, we again refer appellant's affidavit of indigence to the trial court. We **ORDER** any contests be filed no later than February 13, 2014 and the hearing on any contests be held no later than February 24, 2014. We further **ORDER** Mr. Warren to file a supplemental clerk's record or the requested verification no later than February 28, 2014.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to (1) the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; (2) Janet Wright, Official Court Reporter of County Court at Law No. 3; (3) Mr. Warren; and, (4) counsel for appellee. We further **DIRECT** the Clerk of the Court to mail a copy of this order to appellant's last known mailing address.

/s/     ELIZABETH LANG-MIERS
JUSTICE